# United States District Court
## For The Western District of North Carolina
## Charlotte Division

David Fitzgerald Lightner,

       Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                          3:12cv544 & 3:93cr133-2

United States of America,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 4, 2012 Order.

Signed: September 14, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court