IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-544-FDW
(3:93-cr-133-FDW-2)

| | |
|---|---|
| DAVID FITZGERALD LIGHTNER, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) <br> _____ ) | ORDER |

This matter is on limited remand from the Fourth Circuit Court of Appeals with instructions for this Court to supplement the record with an Order regarding a certificate of appealability as to the Court's Order dated September 14, 2012, denying Petitioner's Motion to Vacate, Set Aside, or Correct Sentence.

**IT IS ORDERED** that pursuant to Rule 11(a) of the Rules Governing Section 2254 and Section 2255 Cases, this Court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Miller–El v. Cockrell, 537 U.S. 322, 338 (2003) (in order to satisfy § 2253(c), a petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong); Slack v. McDaniel, 529 U.S. 473, 484 (2000) (when relief is denied on procedural grounds, a petitioner must establish both that the dispositive procedural ruling is debatable and that the petition states a debatable claim of the denial of a constitutional right).

Signed: December 5, 2012

*[signature: Frank D. Whitney]*

Frank D. Whitney
United States District Judge